# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149446 & (32)(33)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

EBONY CRYSTAL MALCOM,
        Plaintiff-Appellant,

v

WOMEN'S HURON VALLEY
CORRECTIONAL FACILITY WARDEN,
        Defendant-Appellee.

SC:  149446
COA:  319875
Washtenaw CC:  00-000000

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motion to compel is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

p0721